[Strafford, June, 1886.]

## NUTTER *v.* VARNEY.

IN TROVER, for a quantity of hay and corn-stalks, it appearing by the report of a referee that the property was in the plaintiff, and that the defendant had no lien or other right to retain the possession, judgment was ordered for the plaintiff.

BINGHAM, J., did not sit: the others concurred.

*Worcester & Gafney*, for the plaintiff.

*Fremont Goodwin*, for the defendant.

---

[Strafford, June, 1886.]

## FELKER & *a. v.* RICHARDSON & *a.*

BILL IN EQUITY, to compel the defendants to execute a contract, the original being lost.

CARPENTER, J.   No question of law is presented by the case.

*Decree for the plaintiffs.*

BINGHAM, J., did not sit: the others concurred.

*J. G. Hall*, for the plaintiffs.

*Worcester & Gafney*, for the defendants.